JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH ANTHONY OCEGUERA,<br>Petitioner,<br>v.<br>DAVE DAVEY, Warden,<br>Respondent. | No. SA CV 14-2051-DDP (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Re: Petition for Writ of Habeas Corpus and Motion for Stay,

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: 10/18/18

_____
DEAN D. PREGERSON
United States District Judge